BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 11/22/2010

CRIMINAL CAUSE FOR PLEADING & VIOLATION OF PRETRIAL CONDITIONS

DOCKET # 09CR847-02                              Defendant # 2

CASE: USA v. DAVID VIDAL

    COUNSEL: DAVID GORDON
AUSA: David Woll

Spanish Interpreter: n/a

COURT REPORTER: Fred Guerino

X    CASE CALLED FOR PLEADING.

X    DEFT SWORN.

X    DEFENDANT ENTERS A PLEA OF GUILTY TO <u>COUNT 2 and 3</u> of the 3 Count Indictment

X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 1 and 2 of the indictment..

X    SENTENCE DATE: To be set after probation report complete

X    Warrant Vacated

X    Bond Modified


Time in Court: 45 minutes